FILED
SEP - 9 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS-6/ENTER

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 10 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

RAMON X. MORENO,

    Petitioner,

v.

DEBRA DEXTER, WARDEN,

    Respondent.

Case No. CV 08-6423-DDP (MLG)

JUDGMENT

IT IS ADJUDGED that the petition herein is denied with prejudice.

Dated: September 9, 2009

_____
Dean D. Pregerson
United States District Judge